FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

SEIFULLAH ABDUL-LATIF, ALI
A.K.A. ALBERT GRIMES III
800 SOUTHERN AVE. S.E. #624
WASHINGTON, D.C. 20032
(202) 489-1470

CASE NUMBER 1:06CV01643
JUDGE: Rosemary M. Collyer
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 09/25/2006

VS.

D.C. COURT SERVICES &
OFFENDER SUPERVISION AGENCY
633 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001
(202) 220-5300

MR. THOMAS WILLIAMS
ASSOCIATE DIRECTOR
300 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001
(202) 220-5300

MR. DEANDRO BAKER
BRANCH #3 DIRECTOR
300 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001
(202) 220-5300

MRS. WILA BUTLER
CSO SUPERVISOR TEAM #42
300 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001

RECEIVED
AUG 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

CONTinue on page 2

(202) 585-7376

MS. DIANE HARDY
CSO TEAM #42
300 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001
(202) 585-7376

MR. CHARLES MUSGRAY
CSO BRANCH #2B
3850 SOUTH CAPITOL St. S.E.
WASHINGTON, D.C. 20032
(202) 585-7600

MS. EIRKA EDWARDS
ISCO BRANCH 2-B
3850 SOUTH CAPITOL St. S.E.
WASHINGTON, D.C. 20032
(202) 585-7600

## Complaint

I Seifullah Abdul-Latif Ali who is a flesh and blood man is the petitioner/plaintiff and movant in this Civil Matter. On February 10th of the year 2006 I was paroled from federal custody by the U.S. Parole Commission with a supervision period of 1532 days. At the time of my release from custody I had a special condition of mental health counseling, which was mistake because I have no mental health history. However, D.C. Court Services and Offender Supervision Agency whom is supervising my parole could not release me from the mental health unit without an assessment by one of their clinical & forensic psychologist. In April 2006 I was assessted by Dr. Nuha Abudabbeh PH.D who is a clinical psychologist for D.C. Court Services & Offender Supervision Agency. The result of Dr. Abudabbeh's assessment was a reccomendation for me to be transferred from Special supervision unit (team 42) to general supervision. As of to date the 29th day of August 2006 I'm still reporting to Special Unit #42 At 300 Indiana Ave. N.W. Washington, D.C. which is a mental health unit. Accordding my supervision officer Ms. Diane Hardy, her supervisor Ms. Wiha Butler, also her supervisor Mr. Deandro Butler, a Mr. Thomas Williams who is the Associate Director of D.C. Court Services & Offender Supervision Agency, I Seifullah Abdul-Latif Ali A.K.A. Albert Grimes III will not be transferred to general supervision based on an allegation that I contacted a Ms. Erika Edwards who is an illegal substance collection unit clerk for

Page 4

D.C. court services & Offender supervision Agency and my ex-girlfriend. This information was brought to Mr. Williams by a Mr. Charles Musgray who is a supervision officer for CSOSA's branch #2B at 3850 South Capitol St. S.E. Washington, D.C. This Allegation was false and a vindictive plot by Ms. Edwards to make my life harder. There is no Legal grounds for me to be supervised in a Mental health unit because I was screened and cleared by CSOSA's Dr. And I'm asking that the court allow me to have a (Jury trail) to have my complaint settled and I'm asking for the Amount $5,000,000 dollars for the pain and post stress traumatict syndrome that I'm suffering from as a result of this injustice against me. Also I'm asking the court order that I be moved the proper supervision unit ASAP, more appropiate as soon as possible.

Thank you!

Mr. Sifullah A. Ali
A. K. A
Albert Jones II

8/29/06