Civil Action # 061643 RMC

Plaintiff: Seifullah A. Ali

v.

D.C. COURT SERVICES AND OFFENDER SUPERVISION AGENCY

## MOTION

The Plaintiff in this Civil Matter who is a flesh and blood man moves to ask this court to honor this Motion for Pro. Se. Pro. Bono, for appointment of Counsel. The Plaintiff in this Matter has been Granted by this Court leave to file without prepayment of cost and is now asking to proceed with this Matter with the appointment of Counsel on this 10th day of October in this year of 2006.

Thank You!

Seifullah A. Ali

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT