UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIFULLAH ABDUL LATIF ALI,  )<br>  )<br>　　　　Plaintiff,　　　　　　)<br>  )<br>　　　　v.　　　　　　　　　　　)<br>  )<br>D.C. COURT SERVICES AND　　)<br>OFFENDER SUPERVISION AGENCY, )<br>et al.,　　　　　　　　　　　　　)<br>  )<br>　　　　Defendants.　　　　　)<br>  ) | Civil Action No. 06-1643 (RMC) |

### ORDER

Plaintiff has filed a motion for the appointment of counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). Pursuant to Local Rule 83.11, in making such a determination, the Court takes into account:

>   (i)　the nature and complexity of the action;
>   (ii)　the potential merit of the *pro se* party's claims;
>   (iii)　the demonstrated inability of the *pro se* party to retain counsel by other means; and
>   (iv)　the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

LCvR 83.11(b)(3).

It is too early in the litigation to determine whether counsel should be appointed. Defendants have yet to be served with a copy of the complaint. Moreover, Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to

appoint counsel in each case. Accordingly, it is

      **ORDERED** that Plaintiff's motion for the appointment of counsel [3] is **DENIED without prejudice**.

                                                      _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Court

DATE: October 19, 2006