**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SEUFULLAH ALI, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 06-1643 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DC COURT SERVICES AND OFFENDER | ) | |
| SUPERVISION AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO CORRECT THE SUMMONS AND**
**FOR ENLARGEMENT OF TO FILE ANSWER OR OTHERWISE**
**<u>RESPOND TO COMPLAINT</u>**

Federal defendants DC Court Services and Offender Supervision Agency, Thomas Williams, in his official capacity as Associate Director of CSOSA, Deandro Baker, in her official capacity as CSOSA Branch Director, Wilma Butler, Diane Hardy, Charles Musgray and Erika Edward, in their official capacity as CSOSA employees, respectfully file this motion to correct the summons and to enlarge to time for them to respond to the complaint[1].

Plaintiff, *pro se*, filed this <u>Bivens</u> action against CSOSA and several of its employees September 25, 2006.  Plaintiff appears to have sued each of the defendants in their official and individual capacity.  Plaintiff, however, has not completed proper service of the federal defendants.

It appears that the clerk's office, not realizing that this matter involves federal defendants, only gave the parties 20 days after service to respond.  Pursuant to Fed. R. Civ. P.

---

[1] In making this motion for an extension of time, the defendants do not waive any defense or defenses available under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

12(a)(3), however, the United States, an agency of the United States, or an officer or employee of the United States sued in an official and individual capacity should serve an answer to the complaint within 60 days after service on the officer or employee, or service upon the United States Attorney, <u>whichever is later</u>.  It appears from plaintiff's return to service affidavits that he served defendants at their place of work by serving the Acting General Counsel Arthur Elkins.  It does not appear that defendants have yet been served in their individual capacities, nor has plaintiff served the United States Attorney for the District of Columbia or the Attorney General. Therefore, although the docket sheet in this matter lists December 11, 2006 as the time for defendants to respond to the complaint, that date is erroneous and there should be no current pending deadline to file an answer or otherwise respond to the complaint for defendants.

The summons should be corrected to reflect that defendants have ay has 60 days to answer from the date of service upon the United States Attorney's Office for the District of Columbia.  Moreover, the time listed on the docket sheet for defendants to answer the complaint should be extended to 60 days after all service is effectuated.

Pursuant to Local Rule 7(m) counsel attempted to contact plaintiff at the number listed on the docket sheet and received a recording stating that the number was incorrect.  Accordingly, defendant cannot represent plaintiff's position on this motion.

2

December 8, 2006                         Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


___/s/_____
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**Certificate of Service**

I certify I caused copies of the foregoing Defendant's Protective Notice for Enlargement to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Seifullah Ali
800 Southern Avenue, SE
Washington, D.C.  20032


on December 8, 2006


                              /s/
                              JOHN HENAULT, D.C. BAR # 472590
                              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SEUFULLAH ALI, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 06-1643 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DC COURT SERVICES AND OFFENDER | ) | |
| SUPERVISION AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on defendants' motion to correct the summons and for an extension of time to respond to the complaint. After considering the motion, the record herein, and applicable law, it is this _____ day of December, 2006,

ORDERED that defendants' motion is granted. The summons is hereby corrected to note that defendants shall respond to the complaint within 60 days after service, not 20. It is further ordered that the deadline listed on the docket sheet for defendants to respond is vacated. Defendants shall respond to the complaint within 60 days of proper service.

_____
Rosemary M. Collyer