## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEUFFULLAH ALI,<br><br>    Plaintiff,<br><br>        v.<br><br>DC COURT SERVICES AND OFFENDER SUPERVISION AGENCY, et al.,<br><br>    Defendants. | Civil Action No.  06-1643 (RMC) |

### ORDER

This matter comes before the Court on Defendants' Motion to Correct the Summons and for Enlargement of Time to File Answer or Otherwise Respond to Complaint. Plaintiff filed this *pro se* action on September 25, 2006. Defendants are an agency of the federal government and employees of the United States. The summonses issued by the Clerk's Office indicate that Defendants' answer is due 20 days after service of the complaint. However, pursuant to Federal Rule of Civil Procedure 12(a)(3), the Defendants have 60 days to file an answer. Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Correct the Summons and for Enlargement of Time to File Answer or Otherwise Respond to Complaint [Dkt. #6] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall answer or otherwise respond to the Complaint no later than 60 days after the service of the Complaint.

Date: December 13, 2006

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge