**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Ms. Kirka Edwards
ISCSO Branch 2-B
3850 South Capitol St. SE
Washington, DC 20032

Civil Action, File Number __CA-06-1643__

Seifullah Abdul-Latif, Ali
V.
DC Court Services, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... behalf you are being served) must answer the ... ment by default will be taken against you for the

... cipt of Summons and Complaint By Mail was

(USMS Official)

D COMPLAINT
complaint in the above captioned manner at

...ber and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
Signature
MAR 2 8 2007
Relationship to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ms. Kirko Edwards

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☒ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 2260 0000 4984 6935

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

3-23-07  BB  06-1643

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
Mr. Charles Musgray
CSO Branch #2B
3850 South Capitol St SE
Washington, DC 20032

Civil Action, File Number  CA-06-1643 RMC

Seifullah Abdul-Latif, Ali
V.
DC Court Services, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Attached PS Form 3811 Domestic Return Receipt]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr Charles Musgray

COMPLETE THIS SECTION ON DELIVERY
A. Signature: [signed] Thelia Adegbie  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 6881

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...If you are served on behalf of a corporation, ...our signature your relationship to that entity. If ...st indicate under your signature your authority.

___ days, you (or the party on whose behalf you ...mplaint in any other manner permitted by law.

...behalf you are being served) must answer the ...ent by default will be taken against you for the

...ipt of Summons and Complaint By Mail was

[signature]
(SMS Official)

COMPLAINT
complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

**RECEIVED**
MAR 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense