**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
DC Court Services
Offender Supervision Agency
633 Indiana Ave., NW
Washington, D.C. 20001

Civil Action, File Number __CA-06-1643 RMC__

__Saifullah Abdul-Latif, AlR__

V.

__DC Court Services, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[Handwritten: 3-22-07 · BB 06 1643]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DC Court Services

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name): Dixon
C. Date of Delivery: 3-23-07
D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 6928

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

(behalf you are being served) must answer the ...ent by default will be taken against you for the ...eipt of Summons and Complaint By Mail was

[signature] (USMS Official)

COMPLAINT
complaint in the above captioned manner at

...er and Street Name or P.O. Box No.
...nd Zip Code

Signature _____
Relationship to Entity/Authority to Receive
Service of Process

**RECEIVED**
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense