**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Mrs. Wila Butler
CSO Supervisor Team #42
300 Indiana Ave., NW
Washington, D.C. 20001

Civil Action, File Number __CA-06-1643 RMC__

__Seifullah Abdul-Latif, Ali__

V.

__DC Court Services, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ose. Keep copy 3 for your records.

OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ther entity, you must indicate under your signature your relationship to that entity. If uthorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you curred in serving a summons and complaint in any other manner permitted by law.

this form, you (or the party on whose behalf you are being served) must answer the vere sent. If you fail to do so, judgment by default will be taken against you for the

otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code          **RECEIVED**
                                  APR 2 - 2007
_____
Signature
                                  NANCY MAYER WHITTINGTON, CLERK
                                  U.S. DISTRICT COURT
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Mr. Deandro Baker
Branch #3 Director
300 Indiana Ave., NW
Washington, D.C. 20001

Civil Action, File Number __CA-06-1643__

__Seifullah Avbdul-Latif,Ali__
V.
__DC Court Services, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ [pur]pose. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [o]ther entity, you must indicate under your signature your relationship to that entity. If [a]uthorized to receive process, you must indicate under your signature your authority.

[copy] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [in]curred in serving a summons and complaint in any other manner permitted by law.

[If] this form, you (or the party on whose behalf you are being served) must answer the [summons] were sent. If you fail to do so, judgment by default will be taken against you for the

[N]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
[receiv]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

RECEIVED
APR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense