United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Mrs. Diane Hardy
CSO Team #42
300 Indiana Ave., NW
Washington, DC. 20001

Civil Action, File Number **CA-06-1643** RMC

**Saifullah Abdul-Latif, Ali**
V.
**DC Court Services, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[You must] ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [a specified time for this] purpose. Keep copy 3 for your records.

[You must sign the ACK]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [association, or] other entity, you must indicate under your signature your relationship to that entity. If [you are] authorized to receive process, you must indicate under your signature your authority.

[If you do not return copies 1 and] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [are being served]) [may be required to pay any expenses] incurred in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return] this form, you (or the party on whose behalf you are being served) must answer the [complaint within ____ days of the date these documents] were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [received by me on (Date)]

_____
Signature (USMS Official)

## [ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[I declare, under penalty of perjury, that I receiv]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mrs. Diane Hardy

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 4/13/07
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 6904

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

06-1643 PP