UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEUFULLAH ALI, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 06-1643 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DC COURT SERVICES AND OFFENDER SUPERVISION AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

Federal defendants DC Court Services and Offender Supervision Agency, Thomas Williams, Associate Director of CSOSA, Deandro Baker, CSOSA Branch Director, Wilma Butler, Diane Hardy, Charles Musgray and Erika Edward, all CSOSA employees, respectfully file this motion to enlarge the time for them to respond to the complaint.

Plaintiff, *pro se*, filed this Bivens action against CSOSA and several of its employees September 25, 2006. Defendants' response to the complaint is currently due on or before May 29, 2007. Defendants anticipate filing a dispositive motion in response to the complaint. However, counsel for defendant has not yet received the necessary materials from Agency counsel and, due to other demands on both undersigned counsel and Agency counsel, additional time is necessary to obtain such materials and prepare defendants' motion. Accordingly, defendants respectfully request that the Court extend the time for them to respond to the complaint by thirty days, or until June 29, 2007.

     Pursuant to Local Rule 7(m) counsel attempted to contact plaintiff at the number listed on the docket sheet and received a voicemail recording identifying the number as belonging to someone other than plaintiff.  Accordingly, defendant cannot represent plaintiff's position on this motion.

May 22, 2007                              Respectfully submitted,

                                               /s/
                                 JEFFREY A. TAYLOR, D.C. Bar # 498610
                                 United States Attorney

                                               /s/
                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                 Assistant United States Attorney

                                               /s/
                                 JOHN HENAULT, D.C. BAR # 472590
                                 Assistant United States Attorney
                                 555 4th Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 307-1249

**Certificate of Service**

I certify that on May 22, 2007, I caused copies of the foregoing Defendant's Motion for an Enlargement to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Seifullah Ali
800 Southern Avenue, SE
Washington, D.C.  20032

      /s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEUFULLAH ALI, | ) |
| Plaintiff, | ) No.: 06-1643 (RMC) |
| v. | ) |
| DC COURT SERVICES AND OFFENDER SUPERVISION AGENCY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on defendants' motion for an extension of time to respond to the complaint. After considering the motion, the record herein, and applicable law, it is this _____ day of May 2007,

ORDERED that defendants' motion is granted. Defendants shall respond to the complaint on or before June 29, 2007.

_____
Rosemary M. Collyer