UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIFULLAH ABDUL LATIF ALI,    ) | |
|                      Plaintiff,  ) | |
|                   v.  ) | Civil Action No. 06-1643 (RMC) |
| D.C. COURT SERVICES AND OFFENDER SUPERVISION AGENCY, *et al.*,  ) | |
|                    Defendants.  ) | |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO
MOTION TO DISMISS**

Defendants have filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, Plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil

1

Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the Defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

**ORDERED** that plaintiff shall file his opposition or other response to defendant's motion to dismiss by **August 2, 2007**. If plaintiff does not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case.


Date: July 2, 2007                                             /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge