UNITED STATES DISTRICT
COURTS FOR THE DISTICT OF
COLUMBIA

SEIFULLAH ALI
　　　　　　　Plaintiff,

V.

D.C. COURT SERVICES AND
OFFENDER SUPERVISION AGENCY, et al.

　　　　　　　Defendants.

No. 06-1643 (RMC)

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO PROCEED

The Plaintiff in this matter who is a flesh and blood man respectively ask the court to move forward to trial with this civil matter. After a review of the Defendants motion to dismiss it is clear that the rights of the Plaintiff's mental state not having a need to be in the mental health supervision unit indicates that the Defendants acted against his civil Rights. Despite of the Defendants being Administrators of the Federal Goverment they still could've made a transfer of the Plaintiffs' supervision and maintained the safety of the community. However; After many request the Plaintiff transferred to the District of Maryland and this was the only way that the

Plaintiff was released from the mental health unit. The Plaintiff in this matter respectfully ask that the court please allow to go to trial so that the Plaintiff Prove to the Courts and to a jury that his Civil Rights were violated.

Respectfully Submitted
on 7-26-07

_Seifullah A. Ali_
Seifullah A. Ali

ORDER

_____
Rosemary M. Colleyer
United States District Judge