United States District Court for
The District of Columbia

SEIFULLA ALI
                    Plaintiff,

V.

D.C. Court Services And
Offender Supervision Agency

                    Defendants,

NO. 06-1643 (RMC)

Plaint Motion to Notify the Courts
of His New Address

The Plaintiff in this Matter is notifying the courts of his new Address.

3623 SilverPark drive #203
Suitland, Md. 20746

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectively Submitted on
7-26-07

Seifulla Ali