## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEUFULLAH ALI, | ) ) ) | |
| Plaintiff, | ) ) | No. 06-1643 (RMC) |
| v. | ) ) ) | |
| DC COURT SERVICES AND OFFENDER SUPERVISION AGENCY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Federal Defendants DC Court Services and Offender Supervision Agency ("CSOSA") and its employees Thomas Williams, Associate Director of CSOSA, Deandro Baker, CSOSA Branch Director, Wilma Butler, Diane Hardy, Charles Musgray and Erika Edwards and withdraw the appearance of Assistant United States Attorney John F. Henault.

Dated: September 11, 2007    Respectfully submitted,

/s/
JOHN F. HENAULT, D.C. Bar # 472590

/s/
John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
(202) 514-8780 (fax)
John.Truong@usdoj.gov