UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEIFULLAH ABDUL LATIF ALI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1643 (RMC) |
| D.C. COURT SERVICES AND OFFENDER SUPERVISION AGENCY, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. #15] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  March 13, 2008            _____/s/_____
                                 ROSEMARY M. COLLYER
                                 United States District Judge